Baldemar **GONZALEZ-VENUSTIANO,**
Petitioner,

v.

Jefferson B. **SESSIONS III,** Attorney General, **Respondent.**

No. 12-73975

United States Court of Appeals, Ninth Circuit.

Submitted November 15, 2017 *

Filed November 20, 2017

David Williams, Law Offices of David W. Williams, Santa Ana, CA, for Petitioner

Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, OIL, M. Jocelyn Lopez Wright, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent

Before: CANBY, TROTT, and GRABER, Circuit Judges.

MEMORANDUM **

Baldemar Gonzalez-Venustiano, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an immigration judge's decision pretermitting his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition for review and remand.

The BIA did not have the benefit of *Lozano-Arredondo v. Sessions*, 866 F.3d 1082 (9th Cir. 2017), which set aside the BIA's interpretation of 8 U.S.C. § 1229b(b)(1)(C) in *Matter of Cortez Canales*, 25 I. & N. Dec. 301 (BIA 2010), when it pretermitted cancellation of removal. Thus, we remand the petition for review for further proceedings consistent with that disposition.

We do not reach the government's contentions regarding Gonzalez-Venustiano's alleged ineligibility for cancellation of removal under *Gonzalez-Gonzalez v. Ashcroft*, 390 F.3d 649 (9th Cir. 2004). *See Navas v. INS*, 217 F.3d 646, 658 n.16 (9th Cir. 2000).

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

PETITION FOR REVIEW GRANTED; REMANDED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.